

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | STAMFORD, CT |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 212-545-4005
MY EMAIL ADDRESS IS: EKELMANF@JACKSONLEWIS.COM

August 15, 2016

**VIA ECF & EMAIL**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

       Re: **Zhu et al. v. Hakkasan NYC LLC, et al.**
         **Case No. 16-cv-5589 (KPF)(SN)**

Dear Judge Failla:

   Our firm represents Defendants Hakkasan NYC LLC and Hakkasan Holdings, LLC in the above-captioned action. The Parties have agreed, subject to Court approval, to hold the case in abeyance and engage in settlement negotiations in an attempt to resolve this lawsuit. Without prejudice to Defendants' position or right to file a motion to dismiss and/or compel arbitration of this dispute, we respectfully request that this case be held in abeyance for 60 days. The Parties propose utilizing this 60 day period to engage in limited, informal discovery and settlement negotiations. The requested stay will permit the Parties to dedicate their resources to trying to resolve the case and may obviate the need for formal litigation.

   The Parties propose submitting a joint status report to the Court on the outcome of their efforts within 60 days after the Court enters an Order in response to this request. The Parties also respectfully request that the Initial Pretrial Conference scheduled for October 13, 2016 at 3:30 p.m. be adjourned until after the Parties submit the aforementioned joint status report.

   We appreciate the Court's attention to this request.

            Respectfully submitted,

            JACKSON LEWIS P.C.

            */s/ Felice B. Ekelman*

            Felice B. Ekelman

FBE/DJK:tb
cc: All counsel of record (via ECF)