UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

SUQUIN ZHU, INDIVIDUALLY AND ON
BEHALF OF ALL OTHER EMPLOYEES
SIMILARLY SITUATED,

                Plaintiff,

        -against-

HAKKASAN NYC LLC, HAKKASAN
HOLDINGS, LLC

              Defendants.

-------------------------------------------------------------X

Case No.: 16-CV-5589 (KPF)(SN)

**NOTICE OF DEFENDANTS' MOTION
TO COMPEL ARBITRATION AND
STAY THE ACTION**

**TO:**   Jian Hang, Esq.
      William Brown, Esq.
      Hang & Associates, PLLC
      136-18 39th Avenue, Suite 1003
      Flushing, New York 11354

       **PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Felice B.

Ekelman, Esq., dated April 20, 2017, and the exhibits annexed thereto, and the accompanying

Memorandum of Law in Support of Defendants' Motion to Compel Arbitration and Stay the

Action, and upon all the pleadings and proceedings herein, Defendants Hakkasan NYC LLC and

Hakkasan Holdings, LLC, through their undersigned counsel, will move this Court, before the

Honorable Katherine Polk Failla, United States District Court for the Southern District of New

York, located at 40 Foley Square, New York, NY 10007, on a date and time to be determined by

this Court, for an Order pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, et seq., compelling

arbitration of Plaintiffs' claims, staying the action and granting such other and further relief as

this Court may deem just and proper.

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order of the Honorable Katherine Polk Failla, Plaintiffs' opposing declarations and answering memorandum of law, if any, shall be served on or before May 11, 2017, and Defendants' reply declaration(s) and memorandum of law shall be served on or before May 25, 2017.

Respectfully submitted,

JACKSON LEWIS PC
666 Third Avenue
New York, New York 10017
(212) 545-4000

Dated:  April 20, 2017                          By: _____
        New York, New York                          Felice B. Ekelman
                                                    Douglas J. Klein

*ATTORNEYS FOR DEFENDANTS*